dash 3366 Mr. Ashford May it please the court counsel my name is Timothy Ashford and I'm a pro se appellate in this particular case and as I walked in I noticed there were some pictures of judges on the wall some of whom were african-american and let me get right to the point if the Douglas County panel who's the pally in this case had to choose your judges there wouldn't be an african-american on that on this panel does this court want african-american attorneys on the panel to accept murder cases in Douglas County after you review the case law the answer is yes and the case law referred to is Mitchell the case which applies in this particular case Mitchell was the case out of New York and it has to do with the black attorney who was denied a seat on the panel to accept murder cases and by the way this is not in the record but when I filed this particular litigation a number of african-american attorneys including me started to receive misdemeanor appointments from this court so the Mitchell case is exactly on point on my case and Appley can't say it isn't in the only response they had in there when they had their response was it's based on incorrect law that's not telling me anything but let me tell you the Mitchell v. Fishbein is an african-american attorney he was banned from a list like me and he made a complaint I wrote an article is the Douglas County Court racist and the reason I wrote that article is because they weren't giving us the court appointments they should have been given us now can I ask a question yes a procedural question on your complaint as I as I read your complaint that you have alleged that you filed an application with Douglas County Court Administrator and you requested that you be listed on the panel for murder cases in particular and and then they you allege that you didn't get a response but and that's correct right correct now what do we not need if we don't know the response has it been alleged here that you've actually been denied I'm not only denied the spot on that panel right now I'm not on the panel because here's how it works they had you selected for two particular cases misdemeanor and felony then they have you in another class felony and murder I haven't been changed to that felony murder class so the injury to me is still ongoing okay this is based on a violation of my constitutional rights and the court incorrectly dismissed this case with prejudice based upon their case law they said I failed to state a claim which I properly did and I believe is the First Amendment complaint paragraph 48 now I filed a motion for us for us to argue the Apple II basically stated no argument is necessary you asked to be here and this is probably first and only time you're going to hear this I really didn't want to be here you're either going to give me my constitutional rights or you're not now before we spend the next 30 minutes asking various questions about the case law let me get right to the point none of the pillies cases apply to my case and let me summarize them for you they argued judicial immunity of the lawyers filing lawsuit is all these cases had an argument for judicial immunity that's what they see it and it applies in my case they weren't based on constitutional violations she had the Davis V to rent case in that case a white man filed a lawsuit based upon the fact that he wasn't part of the good old boys network he did claim constitutional violations correct yeah but for sure go ahead but but his argument was and that's why they dismissed it I'm not part of the good old boys network the other one she uses the Morales case which is Supreme Court case and that was based upon the excessive force by the judge a white man somewhere was out doing something with the judge and they got into a dispute and the judge sent the police to get him and the police came back and brought him and he filed it the Ninth Circuit agreed with that attorney and the Supreme Court pulled it up and said we are not going to have this nonsense that wasn't based on race what how how it seems to me we've got this this interesting sort of situation where you've got a panel decide making these decisions right yes that this what do you call it the the panel I'll call the panel selection committee it's this combination of judges and lawyers how is this the same or different than simply appointing an individual lawyer for an individual case which I think arcade the case law is pretty clear that's a judicial function judge says you attorney X are appointed to represent defendant why how is this panel selection committee like that or not like I'm not familiar with their whole process but I could kind of analyze it basically they put you on the list the lower list for the blacks the misdemeanors and felonies the higher list for the whites white male attorneys and some white females which is murder and felonies so that's the only way I can analyze it and when it comes up they'll appoint you based upon what they put you in your lower class or your upper class I'm still not on the panel to accept murder cases in Nebraska to be able to handle a murder case you have to have a law license that's it you don't have to have any we're not a specialty state where you need to have some kind of specialty to be able to handle a particular case and basically they've grandfathered in the evidence if I got past the 12b6 motion they've grandfathered in a lot of white males by giving them murder appointments and with no experience does the does the Nebraska Supreme Court's in the Nebraska courts and death penalty cases follow the ABA standards for defense counsel have you heard of the American Bar Association standards no and I'm sorry let me finish the American Bar Association standards for I think it's effective death counsel do you know if Nebraska follows those some states do some states don't don't worry about it it's not important I couldn't answer that I didn't know if that but do you do understand I did file a motion to take judicial notice and I don't know if you've had the opportunity to review that that that motions been taken with the case and what happened in that case the first case right off the bat says James T. Gleason in the Omaha World-Herald was accused of not saying anything racist when his court reporter made a racist statement also in there is my Supreme Court case in state v. Rice who's a former Black Panther Party member for self-defense who I represented for 17 years I was assigned and court-appointed by Judge Gleason and as soon as I filed this lawsuit he refused my payment I had to go up on appeal to get my money that's in the notice of to take you motion to take judicial notice I'm showing you what kind of the reason I did that was to show you what kind of panel we're dealing with and you let me ask you good you can go ahead and reverse this 12 b6 and let me proceed with my lawsuit based on the fish buying case okay good we're back to law on Birch vs. Mazander do you know it's our 8th Circuit case yes it has some language which I'm certain you're aware of about how judicial immunity would apply in a case like this and it is an 8th Circuit case I'm familiar with that I figured you were now address why it were applies it does not apply because that was attached to a case or controversy mine is not attached to a case of controversy and that's the reason that I say Birch does not apply if a judge issues a ruling on a particular motion for summary judgment or a criminal matter you can't suing otherwise the courts will be clogged with people who are basically suing the judges for a wrong decision now in my case it's not a case or controversy this panel does not have to say mr. Ashford we you follow the motion for summary judgment and we don't like it's different these are apples and oranges that this is a case of first impression to me in this jurisdiction and based upon that I'd say your honor when you have a constitutional violation you basically allow this to go forward as the Mitchell v fish buying case and I didn't get to the Virginia case which they didn't address in their purse in their particular in their particular brief I briefed it can I ask another kind of practical question when you've a when you how did you get on well let me ask it this way what type of cases are you being assigned right now mr. I'm getting the disturbing the piece Laura I've been practicing for 25 years I've been the lower level first years cases to serve misdemeanors and misdemeanors and non-important felony and how does that work procedurally how did you get to that point where you what was the process did you apply and they just slotted you in and did you get notice you mr. Ashford can get misdemeanors non-murder felonies but not murders you want to know how I got to that point I'm black I was not put no really truly they don't have any blacks and they've never appointed a black so you were never told any it just happened they don't talk to me they don't respond to me I'll send them a letter they won't send it back it's the cold shoulder that's what they do but the Virginia V consumers and I want they've never addressed this in his brief and that's where just like our case in my brief the Virginia case the court held because of Virginia statute gave it gave the court independent authority in our case the court gave them independent authority to go ahead and that's the Supreme Court case to go ahead and start assigning these particular people for appointments the court and its members were proper defendants in a suit for declaratory injunctive relief now out of all the people you have up here I'm the only one who's not asking for money I'm doing this because it's the right thing and I'm telling you that you have the power to reverse that 12b6 motion because they based it on law the novel and the judge admits in the opinion hey this was split so he flipped a coin his coin was flipped and he went against me you can flip that coin back but you are into your rebuttal you can use it now or save it I'm gonna say good done okay ms. Caldwell hi good morning may it please the court Stephanie Caldwell from Nebraska and I'm here on behalf of the Apple ease in this case which include the judge members of the panel selection committee the PSC that we've referred to in our brief now let me ask you a question off the bat if I read the statute right there's a public defender who's on this panel right that's correct but no public defenders been sued and apparently one's not acting tell me one of the Apple ease in this case I was further my introduction is aptly Thomas case and he's the Douglas County public defender so the remaining Apple ease or parties in this case are five judges at a Douglas County and the active public defender Thomas Riley okay so he is he is a part of this suit yes he is proceed I'm sorry no glad to clarify so this case does involve two issues and that is it's an immunity case I mean did the district court properly dismiss the case against the judges based on judicial immunity and then did the district court properly dismiss the case against the non-judge the public defender Thomas Riley in this case it was filed as a 12b6 motion and myself on behalf of the Apple ease argued immunity I think mr. Ashford provided a good background of what the nexus of his complaint was but I'd like to provide a little bit of background as to this process and explain it but the Nebraska legislature did task the process for the appointment of counsel directly to the judges the local rule requiring each district to come up with a transparent process and Douglas County in this case did exactly that they created the DC panel the Douglas County panel and they had a panel selection committee that was memorialized in their local rule does it or does not it include private attorneys in addition to the judges in the public defender that's correct the panel is composed of two district court judges two county court judges a public defender and two private practice attorneys with significant experience in criminal cases well why aren't they defendants those two they were not properly served in this case they were named but there was a lot of procedural dismissals at the beginning of this case they were never properly served by pursuing talents in this case they are not so this panel was created and it was modeled and almost taken verbatim from the federal panel under the Criminal Justice Act that each district in this circuit uses and applies to this day that is so how does I'm sorry for interrupting but I do have a question sort of similar to what I asked mr. Ashford how does somebody get notice or how is the communication between the applicant and the committee is it unusual to just not get a response is that how you're denied a placement on this committee I don't believe there's anything I have the rule right in front of me judge and it talks about that the attorney shall be their qualifications there's nothing that I can find in the rule that said they had to actually receive a letter it did say they will be assigned to a specific category of a case but then if that attorney disputes that category so there must be some type of method that they're made aware of this and I honestly don't know it's not in the record or in the rule that they're made aware of this because then they're given an avenue to dispute this and I think that's a big thing that distinguishes our case from the Mitchell case that mr. Ashford relies so heavily upon and that the Second Circuit and Mitchell found there was no type of avenue for the appellant or the persons denied to have a review in that case and Mitchell involved an actual denial the appellant and Mitchell got an actual denial letter and that's not actually been alleged in this case is the appeal back to this panel who is the appeal to you referred to it appeal is it back to the panel within the rule itself it says if an attorney is dissatisfied with the category they've received or non-placement they can put in written a written explanation submit it to the panel the panel then we'll sit and it's back to the same panel goes back to the same panel but it's an avenue of relief and a type of a second step which Mitchell really defined saying this was the end all step you know once you're denied you're denied so I think that's just another factor and I plan to go into more on how this case is just distinguished from Mitchell and mr. Ashford is correct we we heavily rely upon the Morales versus Waco case that's the Supreme Court case for setting the standard for judicial immunity is does it constitute a judicial act which is the main issue in this case and was it taken within jurisdiction and why isn't this a little this to signify sufficiently enough different from appointing someone an attorney in an individual case particularly when you have the array of panels that judge Benton has described panel members as described they're not all judges they're lawyers why isn't this one step removed from that judicial function of appointment in a particular case and and that's a good question and that's the Davis case that we relied upon the circuit case I think did a really good explanation of this as we acknowledge that this panel like in Davis in the Fifth Circuit doesn't involve actual appointments to an actual specific and concrete case but the Mitchell case in the Second Circuit doesn't say that it has to be a specific concrete case Davis explained that you need to look at this process as a whole look at it holistically and that you can't separate the two acts into an administrative act and then to a judicial act the panel on this case was doing the same type of using or exercising the same type of discretion a judge would do in appointing an attorney to a specific case they look at the criteria of the attorney they look at their background and their experience have they completed significant hours and continuing legal education and the counsel to indigent attorneys to provide kind of a shortcut for Douglas County the largest county in Nebraska to then not have to have that judge in that specific case do that inquiry the panel has done that inquiry for the judge and they may then choose from that selection but then if so so if you carry that extension to judicial the judicial function in this process of selection by the panel it does insulate that panel the non judges from potentially discriminatory actions and I think that's why we've argued in the second part of our brief that they're doing a function that is similar to that of a judge which would provide them the same immunity quasi judicial immunity and that they've been tasked this process through the courts they've been given the statutory responsibility through the courts to act in the same manner as a for quasi judicial purposes for non judges in this case you you look at the function not the actor so that might be why it's part of our second part of our brief specifically addressing quasi judicial immunity is a little shorter and that it's the same test you're looking at is it judicial in nature is it one that is normally performed by a judge and and as judge Benton pointed out yes the birch case is very controlling in case this case and birch was cited by the Fifth Circuit Davis case that we've asked this court to adopt and follow contrary to Mitchell and that they cite and rely on this circuit saying that the appointment of counsel is a function normally performed by a judge and is judicial in nature is injunctive relief sought in the in in this case part of the addendum is cut off that has that but the majority of it the complaint asked for general and punitive damages and that in the last paragraph asked for or any other relief the court may deem appropriate so I don't know if that would so it doesn't specify it doesn't specify a specific remedy it just asks it actually does ask for monetary damages against these judges well that I couldn't find it either I just wanted to make sure that we're not talking about a request for injunctive a specific request for inequitable situation right you know and even if it were so are you telling me it does not I mean it just asked for injunctive and an equitable relief as the court may deem appropriate so I don't think mr. Ashford spelled it out that's what he's asked for and stated in his complaint the majority of the paragraphs preceding it asked for monetary general so did you have you address the injunctive the the reference to injunctive relief in this case and in your motion to dismiss yeah district court didn't didn't mention it no and I don't think it was mentioned I don't know if it was brought up they did dismiss the case as a whole and I'm trying to recall your honor I believe it's the Roth vs. King case the United States Supreme Court case that says the immunity would still apply the judicial immunity would still attach even if it were in asking for injunctive relief and I believe that's Roth vs. King which is cited in our case so even if it were to be determined that mr. Ashford's amount to asking for injunctive relief the immunity would not be stripped of the judges and the public defender in this case the birch case acts like it's still an open issue but the birch is a 1982 case what date was the Roth case 2006 what would be the what would be the reasoning behind if if the if judicial immunity protected all of these defendants let's just assume it did what would be the what would be the policy argument or what would be the reason that injunctive relief to address a discriminatory situation why would that not be appropriate and and respectful of the federal and state courts and I understand that but I think the precedent is still clear that the immunity is still afforded to a judge it's not just an immunity from damages its immunity from a suit as a whole so I don't think one I don't think mr. Ashford has even alleged facts significant or proper to be entitled to the injunctive relief I don't think he's requested so then what's the recourse what's the recourse for an attorney who's been discriminated against by the by a state court in this kind of situation if everybody if that if the judge is immune and can't be sued for injunctive relief what's the what's the remedy well and I don't know there's no remedy this is too bad if we're gonna go off of the precedent of the United States Supreme Court I mean Forrester versus white and Morales versus Waco is and I understand the allegations he's raised and I understand your concerns too are significant these discriminate keep discrimination Kate you know allegations but even if it's alleged that a judge acted in bad faith or was malicious judicial immunity still applies so you know if a person were to you know I can think of a situation or a defendant you know a lot of times would allege a judge might have been discriminatory in nature there is no avenue if that judge is in a judicial capacity and the acts he's doing are well a criminal defendant has has certainly has recourse through the through the criminal appellate system right and then and then later into into the through habeas to a federal court but an attorney in in this situation I'm just curious what the just thinking about what is the what is the remedy and I think based on the of this circuit and the other circuits is if it is a judicial act it's you know if it's counsel counsel you have a judicial judicial discipline Commission and any attorney can file in fact any attorney must file if they have proof of discriminatory act they must file a complaint with the judicial commission if someone's discriminatory thank you for answering my question judge but I think I know I know that the buried question there's I assume Nebraska has a discrimination absolutely correct and that judicial discipline Commission and I would imagine that that's an avenue they could take they could file a complaint with them but to actually see and let me ask you another question does Nebraska have extraordinary writs in Missouri the Supreme Court has general superintending authority of floor courts and gives many mandamus prohibition and different other kinds of writs are writs available in Nebraska court or not I believe there are some type of emergency writs I don't know them off the top of hand I know once I had to think about that once and we were dealing with the district court but I believe that is another Avenue that they they could pursue but I think is this judicial panel in the judicial branch of government it was created by the judicial branch now but is it in the judicial branch of Nebraska government it's just a fact way I think it is okay thank you I think they're they're acting as judicial officers the the non-judges and the public defender the reason they wanted the public defender on this and the public defenders also on the federal Criminal Justice Act plan panel is the expertise that a public defender would provide under these rules you know the cases would first go to the public defender but if there's a situation where it can't then it would go on to this appointment list I think that's why it's very beneficial to have the public defender if they're unable to handle the case due to a conflict to have their input and discretion I mean ultimately they are reviewing do the public defenders in Nebraska have to be Nebraska attorneys I believe so okay subject to discipline of the Nebraska bar I would assume for Discrimination Act yes I would assume all practicing attorneys so I see I'm short on time but I really do think the birch case in this case is very controlling the appointments in this case are judicial in nature the Davis case does a really good job from the Fifth Circuit of setting forth why this circuit should not rely upon the Mitchell case and I've really distinguishes the Mitchell case from our case and I think that this circuit should adopt it and uphold the ruling of the district court that the judges are absolutely immune from this case and the non-judge in this case the public defender is also entitled to quasi-judicial immunity mr. Ashford you asked about the private attorneys and what occurs is they are on a rotating basis the private attorneys so when this suit was filed I didn't get service on them because they're off the panel so in the panel continues on then she said a Pele stated no I there's an avenue to dispute the this what my status is I've sent them letters it's not in a record and based upon me being here you don't think I would have sent them a letter or try to inquire they don't they don't respond to me at all then you asked about judicial discipline okay by state law I can't tell you who I filed a judicial complaint against but none has ever been granted not one judicial complaint I've ever filed has ever been great that you filed I was gonna say I filed yeah against the judge because surely some judges have been removed in Nebraska oh there's a municipal judges that were subject in our court good they were extraordinary circumstances your honor on this type of case they're not going to discipline and they're probably not going to do anything on this so don't believe that I haven't I probably filed more judicial complaints than any attorney in the state so also I wanted to issue about that competent in terms of competent what you in Nebraska as I stated before you have to have a particular law license that's it and you can handle a murder case there's no specialty but to judge Shepard's case or issue about injunctive relief I was dismissed at the 12b6 motion if this is reversed this injury is still ongoing and I stated in my complaint on page 16th I asked for declaratory and injunctive relief but I was dismissed out based upon the case law now we get to the birch case where I apply to my particular case and based upon the facts of birch there's the case or the controversy which is what we're trying to discern and as I stated before this does not the facts of the birch case do not apply to the facts of my case I'm talking for constitutional violations based upon race and it's in the best interest as they do for juveniles and it's good for the court to make sure that the bar is a multicultural multi-ethnic bar and when you exclude blacks from that particular murder cases you're not treating everybody freely and equally and my question to the court has constantly been what you're treating the black attorneys with this much disrespect and you're not putting us where we're supposed to do what are you judges doing in the sentencing of black defendants so you want to make sure that your particular case and the appointments reflect the community in the bar the birch case does not apply also I forgot about the stump case the stump case was a court-ordered sterilization which was a case or controversy so based upon my 10 seconds I'd ask for you to reverse 12b6 okay in this case thank you thank you for your argument mr. Ashford thank you both for your arguments case 16-33 66 Ashford v Doe's is submitted for decision